**Petition for Writ of Mandamus Denied and Memorandum Opinion filed January 26, 2012.**



In The

# Fourteenth Court of Appeals

### NO. 14-12-00044-CV

## IN RE EFREM D. SEWELL AND MILO SHEPARD, Relators

**ORIGINAL PROCEEDING
WRIT OF MANDAMUS
151st District Court
Harris County, Texas
Trial Court Cause No. 2011-37278**

## MEMORANDUM OPINION

On January 18, 2012, relators Efrem D. Sewell and Milo Shepard filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. §22.221; *see also* Tex. R. App. P. 52. In the petition, relators ask this court to compel the Honorable Mike Engelhart, presiding judge of the 151st District Court of Harris County to dissolve a temporary injunction entered November 2, 2011.

This original proceeding arises from a lawsuit between Hardriders, Inc., a motorcycle club, and two of its members, Efrem Sewell and Milo Shepard. Hardriders, Inc. filed suit against relators seeking an injunction to prevent relators from forming a separate motorcycle club using the Hardriders name. Hardriders, Inc. obtained a temporary injunction ordering relators to "immediately cease and desist from pursuing

the completion and approval of the trademark application[.]" Relators were further ordered to "immediately turnover all account passwords, access codes, and all other information necessary for the use, control, and access to the website domain www.hardridersmc.com, and cease and desist from disabling, altering, cancelling, or in any way encumbering Plaintiff Hardriders, Inc.'s use, control, access, or further enjoyment to the website." Trial is set for June 18, 2012.

To be entitled to the extraordinary relief of a writ of mandamus, relators must show that the trial court clearly abused its discretion and they have no adequate remedy by appeal. *In re Team Rocket, L.P.*, 256 S.W.3d 257, 259 (Tex. 2008) (orig. proceeding). Mandamus may not be used as a form of interlocutory appeal. *N.H. Helicopters, Inc. v. Brown*, 841 S.W.2d 424, 425 (Tex. App.—Dallas 1992, orig. proceeding). Section 51.014(a)(4) specifically provides for an interlocutory appeal from an order granting a temporary injunction. Tex. Civ. Prac. & Rem. Code Ann. § 51.014(a)(4). An interlocutory appeal provides an adequate remedy. *See In re Henry*, 274 S.W.3d 185, 189 n. 2 (Tex. App.—Houston [1st Dist.] 2008, orig. proceeding).

Because relators can appeal the temporary injunction, they have an adequate remedy by appeal, and have not established their entitlement to the extraordinary relief of a writ of mandamus. Accordingly, we deny relators' petition for writ of mandamus and also deny relator's related motion for temporary relief.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Seymore and Boyce.